# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DEAREST NATHANIEL LOVELACE, on behalf of himself and a class of similarly situated persons,<br><br>    Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC,<br><br>    Defendant. | Cause No. 4:13-cv-00985-HFS |

## MOTION TO WITHDRAW APPEARANCE

COMES NOW Vitaly Libman and hereby requests the Court enter an order granting his Motion to Withdraw appearance on behalf of Defendant LVNV FUNDING LLC. Hinshaw & Culbertson LLP, Terese A. Drew and David M. Schultz will remain entered as counsel of record on behalf of Defendant LVNV FUNDING LLC.

**HINSHAW & CULBERTSON LLP**

By:     /s/ Vitaly Libman
Vitaly Libman, #65419MO
521 W. Main St., Suite 300
Belleville, IL 62222
P: 618-277-2400
F: 618-277-1144
vlibman@hinshawlaw.com
and
David M. Schultz
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
P: 312-704-3000
F: 312-704-3001
dschultz@hinshawlaw.com

ATTORNEYS FOR DEFENDANT
LVNV FUNDING, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 5th day of July, 2017.

        /s/ Vitaly Libman